UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 04 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUSAN SOTO PALMER; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>STEVEN HOBBS, in his official capacity as Secretary of State of Washington and STATE OF WASHINGTON, in his official capacity as Secretary of State of Washington,<br><br>        Defendants - Appellees,<br><br>JOSE A. TREVINO; et al.,<br><br>        Intervenor-Defendants - Appellants. | No. 23-35595<br><br>D.C. No. 3:22-cv-05035-RSL<br>U.S. District Court for Western Washington, Tacoma<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

FOR THE COURT:

bls/mediation

Robert S. Kaiser
Circuit Mediator