# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 7, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Jose Trevino, et al.
v. Susan Soto Palmer, et al.
No. 23-484
(Your No. 23-35595)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 3, 2023 and placed on the docket November 7, 2023 as No. 23-484.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst